**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| DIANA ALHELI SANCHEZ LEDESMA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden Otay Mesa Detention Center,<br><br>                              Respondent. | Case No.:  3:26-cv-01974-RBM-AHG<br><br>**ORDER TO SHOW CAUSE** |

On March 27, 2026, Petitioner Diana Alheli Sanchez Ledesma ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition").  (Doc. 1.)  Petitioner claims that her detention "without written notice and a legally sufficient pre-deprivation hearing violates" the Fifth Amendment's Due Process Clause.  (*Id.* at 1–3.)

Having reviewed the Petition, the Court finds summary dismissal of the Petition unwarranted.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** on or before **April 6, 2026 at 4:30 p.m.** as to why the Petition should not be granted by: (1) filing a written

1

response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised in the Petition; and (3) making a recommendation regarding the need for an evidentiary hearing.

Petitioner may file a reply on or before **April 20, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

To preserve the Court's jurisdiction, and to maintain the status quo, Petitioner **SHALL NOT** be transferred outside of the Southern District of California pending a ruling in this matter. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to the United States Attorney's Office.

**IT IS SO ORDERED.**

DATE:  March 30, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE